UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN MILITO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TENCENT AMERICA LLC, TENCENT CLOUD LLC, PROXIMA BETA US LLC, and DOES 1-20,<br><br>Defendants. | CASE NO. 2:25-cv-1042-JNW<br><br>ORDER |

On September 4, 2025, the Washington State Supreme Court issued a decision in *Branson v. Washington Fine Wine & Spirits, LLC*, No. 103394-0, 2025 WL 2536266 (Sept. 4, 2025), resolving the certified question regarding the definition of "job applicant" under Washington's Equal Pay and Opportunities Act. The parties indicate that the rule affects their pending motions. *See* Dkt. Nos. 24, 25.

Rather than attempting to determine which specific arguments within the pending motions remain viable following *Branson*, the Court finds that judicial efficiency and clarity are best served by directing the parties to refile revised

**ORDER** - 1

motions that account for the current state of the law. Thus, the Court ORDERS as follows:

1. Plaintiff's Motion to Remand is STRICKEN. Dkt. No. 10.

2. Defendants' Motion to Stay or Dismiss is STRICKEN. Dkt. No. 15

3. Within FOURTEEN (14) days of this order, the parties may refile their motions, revising their briefs as necessary given the *Branson* decision and the current procedural posture of this case.

4. Deadlines for response and reply briefing, if any, must follow LCR 7(d).

Dated this 19th day of September, 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 2